242 So.2d 248

Genevieve Wortman **WILLIAMS**

v.

Edward Leroy **WILLIAMS, Jr.**

No. 51044.

Jan. 5, 1971.

No error of law appears in the judgment.